IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GUTIERREZ and CRISTINA GUTIERREZ,<br><br>　　　　Plaintiffs,<br>　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 11-03692 SI<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

Plaintiffs filed this action, pro se, on September 27, 2011. On November 23, 2011, defendant Wells Fargo filed a motion to dismiss, to which plaintiffs did not respond. On January 31, 2012, this Court issued an order to plaintiffs to explain, by February 14, 2012, why they have not filed any opposition papers, and whether they plan to pursue this action any further. The Court advised plaintiffs that their action may be dismissed if they did not file a satisfactory response.

As of this date, plaintiff has not filed anything nor contacted the Court to discuss the status of this action. Accordingly, the Court DISMISSES this action without prejudice for failure to prosecute under FRCP 41(b). Judgment shall be entered accordingly and the Clerk shall close the file. [docket 5].

**IT IS SO ORDERED.**

Dated: February 27, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge