IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GUTIERREZ and CRISTINA GUTIERREZ, <br><br> Plaintiffs, <br> v. <br><br> WELLS FARGO BANK, N.A., et al., <br><br> Defendants. / | No. C 11-03692 SI <br><br> **JUDGMENT** |

This action has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 27, 2012

SUSAN ILLSTON
United States District Judge